# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Tzell Airtrak Travel Group Corporation ) ASBCA No. 57313
)
Under Contract No. W91QUZ-07-D-0020 )

APPEARANCE FOR THE APPELLANT: Josephine L. Ursini, Esq.
Law Office of Josephine L. Ursini
Williamsburg, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Joseph K. Venghaus, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 June 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57313, Appeal of Tzell Airtrak Travel Group Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals